Certificate Number: 14912-CAC-DE-036914226

Bankruptcy Case Number: 22-13768



14912-CAC-DE-036914226

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 19, 2022, at 12:51 o'clock PM EDT, Matthew Condran completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   October 19, 2022                By:   /s/Jai Bhatt

                                         Name: Jai Bhatt

                                         Title: Counselor